IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MOLLY COOK, | § | |
| | § | No. 73, 2021 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| JORDAN MCCARTHY, | § | File No.: CS14-03018 |
| | § | CPI Nos.: 19-15501 |
| Petitioner Below, | § | 20-08495 |
| Appellee. | § | |

Submitted:  October 13, 2021
Decided:  November 24, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, and **VAUGHN**, Justices.

## O R D E R

This 24th day of November 2021, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated February 23, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/　James T. Vaughn, Jr.
　Justice